NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2009-1412

PHILIP W. WYERS
and WYERS PRODUCTS GROUP, INC.,

Plaintiff-Appellees,

v.

MASTER LOCK COMPANY,

Defendant-Appellant.

Appeal from the United States District Court for the District of Colorado in case no. 1:06-CV-00619, Senior Judge Lewis T. Babcock.

ON MOTION

O R D E R

Upon consideration of Philip W. Wyers and Wyers Products Group, Inc.'s motion for an extension of time, until November 24, 2009, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 14 2009
_____
Date

_Jan Horbaly_
Jan Horbaly
Clerk

cc:  Aldo Noto, Esq.
     Mark Lee Hogge, Esq.

m2

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 14 2009

JAN HORBALY
CLERK